UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DARRAL BELL                                                                                                    PETITIONER

VS.                                                                              CIVIL ACTION NO. 3:09cv366-DPJ-FKB

CHRISTOPHER EPPS                                                                                         RESPONDENT

<u>ORDER</u>

      This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge.  Magistrate Judge Ball recommended denial of Bell's petition for writ of habeas corpus.  The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

      IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court, and the same entire action should be dismissed with prejudice.

      A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

      **SO ORDERED AND ADJUDGED** this the 6th day of August, 2012.

                                          s/ *Daniel P. Jordan III*
                                          UNITED STATES DISTRICT JUDGE